■ In the Matter of WILLIAM J., Consecutive No. 270172, for Discharge from Central New York Psychiatric Center Pursuant to Mental Hygiene Law § 10.09, Appellant, v STATE OF NEW YORK et al., Respondents. (Appeal No. 1.) [54 NYS3d 897]—Appeal from an order of the Supreme Court, Oneida County (Louis P. Gigliotti, A.J.), entered September 2, 2015 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, adjudged that petitioner is a sex offender requiring civil management under a regimen of strict and intensive supervision and treatment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op 52036[U]). Present—Whalen, P.J., Carni, NeMoyer, Curran and Troutman, JJ.